ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 9 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PATRICK SHEA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 03-4460C |
| | ) | Senior Judge Bruggink |
| UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Patrick Shea, by his undersigned attorney, hereby give Notice that he hereby appeals to the United States Court of Appeals for the Federal Circuit from the final Judgment entered in this action on December 8, 2006, dismissing all his claims. That Judgment was based in part on an Order which the Court issued on November 20, 2006. While the appeal will involve both decisions, a copy of just the final decision is attached hereto.

Defendant is represented in this action by the attorney listed in the Certificate of Service below.

Respectfully submitted,

ALAN BANOV
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 9, 2007, two courtesy copies of the foregoing Plaintiffs' Notice of Appeal were served by first-class mail, postage prepaid, upon defendant's counsel at the following address:

Domenique Kirchner, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street N.W.
Washington, D.C. 20530

ALAN BANOV